| | AUSA: | Susan Fairchild | Telephone: | (313) 226-9577 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Craig Hunter | Telephone: | (248) 320-8692 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Jefferson Jose OLIVO-DUQUE

Case: 2:25-mj-30526
Assigned To : Unassigned
Assign. Date : 8/19/2025
Case No.   Description: RE: JEFFERSON JOSE OLIVO-DUQUE (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 9, 2025_____ in the county of _____Macomb_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Craig Hunter, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____August 19, 2025_____

_____
Judge's signature

City and state: _____Detroit, MI_____

David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMNIAL COMPLAINT AND ARREST WARRANT

I, Craig Hunter, hereby declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), of the United States Department of Homeland Security (DHS). I have been employed in this capacity since January of 2022. I am currently assigned to the Processing Team in the ICE ERO Detroit Field Office.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Jefferson Jose OLIVO-DUQUE, an alien who has previously been removed from the United States on or about July 6, 2023 at Miami, Florida, and was thereafter found in the United States on or about August 9, 2025, without the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission, all in violation of Title 8, United States Code, § 1326(a).

3. The facts set forth in this affidavit are based upon my personal knowledge, training and experience, information provided to me by other law enforcement officers to include ICE ERO Deportation Officers, and records checks of law enforcement databases. I have also reviewed records from the official immigration file and system automated data relating to Jefferson Jose OLIVO-DUQUE.

4. The information set forth in this affidavit is for the limited purpose of establishing probable cause and does not necessarily include all the information known to law enforcement related to this investigation.

## PROBABLE CAUSE

5. OLIVO-DUQUE is a twenty-nine-year-old male, native and citizen of Venezuela who last entered the United States at or near an unknown place, on or about an unknown date without being inspected and admitted or paroled by an immigration officer.

1

6. On or about March 13, 2023, the U.S. Customs and Border Protection (CBP) encountered OLIVO-DUQUE at or near the Paso Del Norte Bridge, El Paso, Texas. During the encounter, OLIVO-DUQUE presented himself for inspection and admittance into the United States.

7. The U.S. CBP processed OLIVO-DUQUE for Expedited Removal and served him with an I-860, Notice and Order of Expedited Removal.

8. On March 17, 2023, while in custody, OLIVO-DUQUE claimed fear of return to Venezuela, and he was referred to the U.S. Citizenship and Immigration Services (CIS) to adjudicate his Credible Fear and Asylum claim.

9. On March 27, 2023, the U.S. CIS made a positive credible fear determination, and on March 31, 2023, served him with an I-862 Notice to Appear before an Immigration Judge in El Paso, Texas to further adjudicate the Credible Fear and Asylum claim.

10. On May 10, 2023, an Immigration Judge in El Paso, Texas ordered OLIVO-DUQUE removed from the United States to Panama, and in the alternate to Venezuela.

11. On July 6, 2023, OLIVO-DUQUE was removed from the United States to Venezuela via an ICE Air Charter at Miami, Florida.

12. On August 9, 2025, the Detroit Homeland Security Investigations (HSI) Duty Agent received notification from HSI Sector that the Clinton Township Police Department had encountered a Venezuelan who provided a false name.  During records checks, the HSI Duty Agent found a positive hit for Jefferson Jose OLIVO-DUQUE, an alien previously removed from the United States.  Additional record checks returned a positive match for OLIVO-DUQUE as being identified as a known member of Tren de Aragua Gang.  The Detroit HSI Duty Agent responded to the Clinton Township Police Department, took OLIVO-DUQUE into custody, and transported him to the Detroit ICE ERO Field Office for processing.

2

13. On or about August 9, 205, OLIVO-DUQUE was served with Form I-871, Notice of Intent/Decision to Reinstate Prior Order.

14. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

15. A review of immigration records (AXXX XXX 144) for OLIVO-DUQUE and queries in the U.S. Department of Homeland Security databases revealed that no record exists of OLIVO-DUQUE obtaining consent from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal from the United States to Venezuela on July 6, 2023.

## CONCLUSION

16. Based on the above information, I respectfully submit that there is probable cause to conclude that, on or about August 9, 2025, within the Eastern District of Michigan, Jefferson Jose OLIVO-DUQUE an alien who, after having been removed from the United States on or about July 6, 2023 at Miami, Florida, was thereafter found in the United States without having obtained the express consent or permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission to the United States, in violation of Title 8, United States Code, § 1326(a).

_____
Craig Hunter, Deportation Officer
Enforcement and Removal Operations
Immigration and Customs Enforcement
U.S. Department of Homeland Security

Subscribed and sworn to before me in my presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge
Dated: _____August 19, 2025_____